# Morgan Lewis

**Hanna E. Martin**
Associate
+1.212.309.6716
hanna.martin@morganlewis.com

July 20, 2023

*Extension granted. Defendants' Motion for Summary Judgment to be submitted by August 11, 2023; Plaintiff's opposition due September 29, 2023; Defendants' reply due October 20, 2023.*

SO ORDERED.

*Cathy Seibel*  7/20/23
CATHY SEIBEL, U.S.D.J.

**VIA ECF**

The Hon. Cathy Seibel, U.S.D.J.
United States District Court for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:     Anthonia Ibok v. The Gap, Inc. et al., No. 22-cv-05924-CS

Your Honor:

We represent Defendants The Gap, Inc. and GPSDC (New York) Inc. ("Defendants"). We write pursuant to Your Honor's Individual Rules 1.A and 1.E and Order of June 2, 2023 (6/2/23 Dkt. Entry) to respectfully request a two-week extension of time, from July 28, 2023 to August 11, 2023, to file Defendants' anticipated Motion for Summary Judgment. This is Defendants' first request for an extension of this deadline. Plaintiff consents to this request.

Since the parties' last court conference setting the briefing schedule, the parties have been actively working with one another to discuss possible resolution of this matter and believe progress has been made toward that end. A short extension of time will permit the parties to further explore resolution without burdening the parties' and the Court's resources on motion practice.

In light of the foregoing, Defendants respectfully request that the Court amend the current briefing schedule as follows:

Defendants' Opening Brief Due: August 11, 2023
Plaintiff's Opposition Due:         September 29, 2023
Defendants' Reply Brief Due:     October 20, 2023

We thank you in advance for your consideration of this request.

Respectfully submitted,


*/s/ Hanna E. Martin*
Hanna E. Martin

HEM

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060          T +1.212.309.6000
United States                     F +1.212.309.6001