UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTHONIA IBOK,

                Plaintiff,

      -against –

THE GAP, INC. et al.,

                Defendants.
-------------------------------------------------------------X

**O R D E R**

7:22-CV-5924 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: August 25, 2023
       White Plains, New York

                                                        CATHY SEIBEL, U.S.D.J.